991 A.2d 308

**Maurice A. HAYES, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 162 EM 2009.**

Supreme Court of Pennsylvania.

March 24, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Petition for Review is **DENIED.**